THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD FORGUE, Appellant.

We have examined defendant's other contention and find it to be without merit. (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Aggravated Unlicensed Operation Motor Vehicle, 1st Degree.) Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ.